```
 1  JAMES R. PEEL, Counsel (SBN 47055)
    Bureau of Real Estate
 2  320 West Fourth Street, Ste. 350
 3  Los Angeles, California 90013-1105

 4  Telephone:  (213) 576-6982
       -or-     (213) 576-6913 (Direct)
 5
 6
 7
 8
```

FILED
APR 10 2017
BUREAU OF REAL ESTATE
By _____

BEFORE THE BUREAU OF REAL ESTATE

STATE OF CALIFORNIA

\* \* \*

In the Matter of the Application of )   No. H-40604 LA
                                    )
                                    )   <u>STATEMENT OF ISSUES</u>
ROBERT FICHIDZHYAN,                 )
                                    )
                       Respondent.  )

The Complainant, Maria Suarez, a Supervising Special Investigator of the State of California, for Statement of Issues against ROBERT FICHIDZHYAN (Respondent) is informed and alleges in her official capacity as follows:

1. On or about November 6, 2015, Respondent applied to the Bureau of Real Estate of the State of California for a real estate salesperson license.

2. On or about December 19, 2001, in the Superior Court of California, County of Los Angeles, case no. 1VN04397, Respondent was convicted of violating Vehicle Code section 23103 (reckless driving).

3. On or about March 28, 2002, in the Superior Court of California, County of Los Angeles, case no. 2CR05139, Respondent was convicted of violating Penal Code section 664-487(A) (attempted theft).

4. On or about November 21, 2002, in the Superior Court of California, County of Los Angeles, case no. 2VN02788, Respondent was convicted of violating Vehicle Code section 2800.1(a) (evade officer).

5. On or about August 24, 2011, in the US District Court, District of Utah, case no. DUTX2: 10CR0003-10-001, Respondent was convicted of violating 18 USC 1029(a)(3) (possession of unauthorized access device), a felony.

6. The matters alleged in Paragraphs 2 through 5 are substantially related to the duties, functions and qualifications of a real estate licensee.

7. The matters alleged in Paragraphs 2 through 5 are grounds to deny Respondent's application under Sections 480(a)(1) and 10177(b) of the California Business and Professions Code.

1  ///

2        The Statement of Issues is brought under the provisions
3  of Section 10100, Division 4 of the Business and Professions Code
4  of the State of California and Sections 11500 through 11528 of
5  the Government Code.

6        WHEREFORE, the Complainant prays that the above-
7  entitled matter be set for hearing and, upon proof of the charges
8  contained herein, that the Commissioner refuse to authorize the
9  issuance of, and deny the issuance of, a real estate salesperson
10 license to Respondent, and for such other and further relief as
11 may be proper in the premises.

12 Dated at Los Angeles, California,
13 this ___6___ day of ___April___, 2017.

                                         _____
                                         MARIA SUAREZ
                                         Supervising Special Investigator

cc:  Robert Fichidzhyan
     Maria Suarez
     Sacto.